Sept. 4th, 2022
Docket 22-cv-872-lm
Justin Baker vs Thrive Communities

Dear US District Court,

I am requesting a voluntary dismissal without prejudice against Thrive communities. I informed Thrive communities I was willing to dismiss the lawsuit voluntarily because of health reasons. Currently this complaint is counterproductive to my health, and at the moment I am unable to continue with it. I'm disabled and this is extremely bad for my disabilities, and I'm not even represented by an attorney. I don't know if I'm allowed a reasonable accommodation with the federal courts, but if so I'm requesting voluntary dismissal without prejudice because of my disabilities.

I am requesting dismissal without prejudice, so that the defendant isn't able to recover attorney fees, and so that I still have the right to pursue rights violations in the future if necessary. I am not giving up my rights, but health comes first. I have discussed this with my medical professionals, and we feel it is the best option.

Thanks for your time, Justin Baker.